```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 14317
    CHARLES E BROOKS SR
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-5530

--------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 08/09/2007 and was confirmed 10/31/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was completed - no discharge 04/04/2009.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
LASALLE BANK NATL ASSOCI CURRENT MORTG         .00            .00            .00
LASALLE BANK NATL ASSOCI MORTGAGE ARRE         .00            .00            .00
CHASE HOME FINANCE       MORTGAGE NOTI   NOT FILED            .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY     2,901.65                       2,901.65
TOM VAUGHN               TRUSTEE                                          216.35
DEBTOR REFUND            REFUND                                              .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                  RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                           3,118.00

PRIORITY                                                .00
SECURED                                                 .00
UNSECURED                                               .00
ADMINISTRATIVE                                     2,901.65
TRUSTEE COMPENSATION                                 216.35
DEBTOR REFUND                                           .00
                                ---------------    ---------------
TOTALS                            3,118.00         3,118.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 03/09/09          _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```